No. 89–7693.  GOREE v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 89–7709.  HODGDON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 88–1553.  LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. v. ADAMSON.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  THE CHIEF JUSTICE, JUSTICE WHITE, and JUSTICE SCALIA would grant the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Walton* v. *Arizona, ante,* p. 639, *Lewis* v. *Jeffers, ante,* p. 764, and *Alabama* v. *Smith,* 490 U. S. 794 (1989).  JUSTICE O'CONNOR and JUSTICE KENNEDY took no part in the consideration or decision of this motion and this petition.